UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-7020

BRIAN KEITH CLONTZ,

Plaintiff - Appellant,

versus

JOHN M. VANYUR; BONNIE HALDERSON; MICHAEL
WINKLMEIR; VICTOR SIHA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, District Judge.
(CA-99-115-5-F)

Submitted:  October 21, 1999          Decided:  October 27, 1999

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brian Keith Clontz, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brian Keith Clontz appeals the district court's order denying his motion to reconsider the dismissal of his complaint alleging a claim under <u>Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Clontz v. Vanyur</u>, No. CA-99-115-5-F (E.D.N.C. June 14, 1999). We grant Clontz's motion to supplement the record on appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2